UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOURISTIC ENTERPRISES CO., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ROUSTAN UNITED, LLC, : <br> : <br> Defendant. : <br> : <br> : | Civil Action No. 09-2732 (SRC) <br><br> **JUDGMENT** |

**CHESLER**, District Judge

     This matter having come before the Court upon the motion by Touristic Enterprises Co. ("Plaintiff") for default judgment as to Defendant Roustan United, LLC ("Defendant"), which the Court granted [docket entry 35], and declined to vacate [docket entry 48]; and Magistrate Judge Michael Shipp having issued a Report and Recommendation ("R&R") on the issue of damages, pursuant to FED. R. CIV. P. 72(b), L. CIV. R. 72.1(a)(2), and 28 U.S.C. § 636(b)(1)(B) [docket entry 53]; and for the reasons set forth in the Court's Opinion of this date;

     **IT IS** on this 15th day of February, 2012,

     **ORDERED** that judgment is hereby entered in favor of Plaintiff and against Defendant Roustan United, LLC, in the amount of **$482,419.14**, plus post-judgment interest, and costs, see FED. R. CIV. P. 54(d)(1).

                                                    s/ Stanley R. Chesler
                                                 STANLEY R. CHESLER, U.S.D.J.